**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1585

DELLA MAE HOBSON,

Plaintiff - Appellant,

versus

LAKEWOOD PLAZA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Jerome B. Friedman, District Judge.   (2:07-cv-00222)

Submitted:  September 12, 2007      Decided:  September 20, 2007

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Della Mae Hobson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Della Mae Hobson appeals the district court's order dismissing her civil action as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hobson v. Lakewood Plaza, No. 2:07-cv-00222 (E.D. Va. filed May 17, 2007 & entered May 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED